IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RICHARD H. CARROLL                                                                                     PLAINTIFF

V.                                    NO. 3:04cv00017 JMM

SCOTT PILLOW, et al                                                                                   DEFENDANTS

ORDER

It has come to the Court's attention that Plaintiff is no longer incarcerated. When a plaintiff proceeding in forma pauperis is released from confinement, the Court's policy is to require resubmission of affidavits to determine whether the plaintiff should be required to pay all, or a portion of, the fees and costs of the lawsuit. Therefore, appointed counsel is directed to forward the enclosed in forma pauperis application to Plaintiff at his new address. If Plaintiff wishes to proceed with this lawsuit, he is directed to resubmit his request to proceed in forma pauperis on or before **September 5, 2006**.

**Plaintiff must keep counsel informed of any changes in address, maintain contact with counsel and cooperate fully with counsel in preparation of the case. Failing to do so may result in dismissal of the case with prejudice for failure to comply with Court orders.**

IT IS SO ORDERED this 1st day of August, 2006.

_____
UNITED STATES DISTRICT JUDGE