# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**RICHARD H. CARROLL**                                          **PLAINTIFF**

**VS.**                          **NO 3:04CV00017 JMM**

**SCOTT PILLOW, CRIME INVESTIGATOR,**
**PARAGOULD POLICE DEPARTMENT**                          **DEFENDANT**

## ORDER

Based upon the September 11, 2006 stipulation of the dismissal of all the Greene County Defendants in their official and individual capacities, the pending Motion for Summary Judgment is dismissed as moot (#82).

The case will proceed to jury trial on October 23, 2006 in Jonesboro, Arkansas against the remaining defendants in their official and individual capacities, Arkansas State Trooper Scott Pillow and Paragould Police Officers Arvin Volner and Ken Jackson.

IT IS SO ORDERED this  18   day of September, 2006.

_____
James M. Moody
United States District Judge