IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RICHARD H. CARROLL                                                              PLAINTIFF

    vs.                       CASE NO. 3:04CV00017 JMM

SCOTT PILLOW, et al                                                            DEFENDANTS

## JUDGMENT ON JURY VERDICT

This action came on for trial October 23, 2006, before the Court and a jury, the Honorable James M. Moody, United States District Judge presiding.

The issues having been duly tried, and after deliberating thereon, the jury returned a verdict on October 24, 2006, in favor of the defendants.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the plaintiff, Richard H. Carroll take nothing on the complaint against the defendants, Scott Pillow, Ken Jackson, and Arvin Volner, and the same is hereby dismissed.

Dated this 25th day of October, 2006.

_____
James M. Moody
UNITED STATES DISTRICT JUDGE